# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

TYRELL SALAZAR, CDCR# AC-4902,

    Plaintiff,

vs.

E. MONTEJANO, et al.,

    Defendants.

Case No. 3:19-cv-00348-MMA-WVG

**ORDER DISMISSING CIVIL ACTION FOR FAILING TO STATE A CLAIM PURSUANT TO 28 U.S.C. § 1915(e)(2) AND § 1915A(b) AND FOR FAILING TO PROSECUTE IN COMPLIANCE WITH COURT ORDER REQUIRING AMENDMENT**

Plaintiff Tyrell Salazar, while housed at Centinela State Prison located in Imperial, California, and proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 3, 2019. *See* Doc. No. 4. On April 18, 2019, the Court granted Plaintiff leave to proceed in forma pauperis but dismissed his Complaint for failing to state any claim pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b). *See* Doc. No. 8. Plaintiff was informed of his pleading deficiencies and granted forty-five (45) days leave in which to file an Amended Complaint that cured those deficiencies. *Id.* at 6-9.

More than three months have passed since the Court's April 18, 2019 Order, but to date, Plaintiff has failed to amend, and has not asked for an extension of time in which to do so. "The failure of the plaintiff eventually to respond to the court's ultimatum–either

1

3:19-cv-00348-MMA-WVG

by amending the complaint or by indicating to the court that [he] will not do so–is properly met with the sanction of a Rule 41(b) dismissal." *Edwards v. Marin Park*, 356 F.3d 1058, 1065 (9th Cir. 2004). Accordingly, the Court **DISMISSES** this civil action in its entirety without prejudice based on Plaintiff's failure to state a claim upon which § 1983 relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b), and his failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) in compliance with the Court's April 18, 2019 Order.

The Court further **CERTIFIES** that an IFP appeal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3) and **DIRECTS** the Clerk to enter a final judgment of dismissal and close the file.

**IT IS SO ORDERED**.

DATE: August 9, 2019

HON. MICHAEL M. ANELLO
United States District Judge